AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

|  |  |  |
|---|---|---|
| WILLIAM JORGE, FRANCISCO GOMEZ, and MARCOS SILVA on behalf of themselves and other similarly situated individuals<br><br>*Plaintiff(s)*<br>v.<br>TRI CONTRACTING, INC., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:25-cv-8896 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRI CONTRACTING, INC., TRIDENT RESTORATION, INC., UKROP, INC., FINE RENOVATION, INC., REVIVE RESTORATION, INC., SWIFT ASSIST, INC., PG1 CONSTRUCTION, INC., CROWN RESTORATION, INC., CVP CONSTRUCTION CORP., RSO MANAGEMENT, INC., 558 MAIN STREET, LLC, 115 ABEEL STREET, LLC, 2165 23RD STREET LLC, TRI BUILDERS, INC., TRIDENT RENOVATION & ASSOCIATES, INC., TRIDENT MGMT RE LLC, 64-66 CATHERINE STREET CORP., STEFAN BOHDANOWYCZ, PETER GOIAN, (see attached rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
D. Maimon Kirschenbaum
Lucas C. Buzzard
45 Broadway Suite 320
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-8896

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Defendant's Addresses**

**1. TRI CONTRACTING, INC.**

125 2nd Avenue

New York, NY 10003

New York County

**2. TRIDENT RESTORATION, INC.**

335 East 6th St.

New York, NY 10003

New York County

**3. UKROP, INC.**

40-60 Elberston St, Ste 2D

Elmhurst, NY 11373

New York County

**4. FINE RENOVATION, INC.**

359 Onderdonk Ave

Ridgewood, NY 11385

Queens County

**5. REVIVE RESTORATION, INC.**

1821 Stephen Street #2

 Ridgewood, NY 11385

Queens County

**6. SWIFT ASSIST, INC**.

1821 Stephen Street #2

Ridgewood, NY 11385

Queens County

**7. PG1 CONSTRUCTION, INC**.

7515 Broadway
Elmhurst, NY 11373
Queens County

**8. CROWN RESTORATION, INC.**

1780 EAST 13TH STREET, APT 1F

BROOKLYN, NY, UNITED STATES, 11229

Kings County

**9. CVP CONSTRUCTION CORP.**

7515 Broadway

Elmhurst, NY 11373

Queens County

**10. RSO MANAGEMENT, INC.**

20 MAPLE STREET

IRVINGTON, NY, UNITED STATES, 10533

Westchester County

**11. 558 MAIN STREET, LLC**

558 MAIN STREET

POUGHKEEPSIE, NY, UNITED STATES, 12601

Dutchess County

**12. 115 ABEEL STREET, LLC**

20 MAPLE STREET

IRVINGTON, NY, UNITED STATES, 10533

Westchester County

**13. 2165 23RD STREET LLC**

20 MAPLE STREET

IRVINGTON, NY, UNITED STATES, 10533

Westchester County

**14. TRI BUILDERS, INC**.

20 MAPLE STREET

IRVINGTON, NY, UNITED STATES, 10533

Westchester County

**15. TRIDENT RENOVATION & ASSOCIATES, INC.**

7515 Broadway

Elmhurst, NY 11373

Queens County

**16. TRIDENT MGMT RE LLC**

20 MAPLE STREET

IRVINGTON, NY, UNITED STATES, 10533

Westchester County

**17. 64-66 CATHERINE STREET CORP.**

165 BRONX RIVER ROAD

YONKERS, NY, UNITED STATES, 10704 – 3700

Westchester County

**18. STEFAN BOHDANOWYCZ**

335 East 6th St.

New York, NY 10003

New York County

**19. PETER GOIAN**

7515 Broadway

Elmhurst, NY 11373

Queens County

**20. VLADIMER DOBRONRAVOV**

359 Onderdonk Ave

Ridgewood, NY 11385

Queens County