```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/29/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM JORGE, FRANCISCO GOMEZ, and MARCOS SILVA on behalf of themselves and other similarly situated individuals,

                Plaintiffs,

-against-

TRI CONTRACTING, INC., TRIDENT RESTORATION, INC., UKROP, INC., FINE RENOVATION, INC., REVIVE RESTORATION, INC., SWIFT ASSIST, INC., PG1 CONSTRUCTION, INC., CROWN RESTORATION, INC., CVP CONSTRUCTION CORP., RSO MANAGEMENT, INC., 558 MAIN STREET, LLC, 115 ABEEL STREET, LLC, 2165 23RD STREET LLC, TRI BUILDERS, INC., TRIDENT RENOVATION & ASSOCIATES, INC., TRIDENT MGMT RE LLC, 64-66 CATHERINE STREET CORP., STEFAN BOHDANOWYCZ, PETER GOIAN, and VLADIMER DOBRONRAVOV,

                Defendants.

25 Civ. 8896 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

    SO ORDERED.

Dated: October 29, 2025
       New York, New York

                                                ANALISA TORRES
                                  United States District Judge