UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM JORGE, FRANCISCO GOMEZ, and
MARCOS SILVA on behalf of themselves and
other similarly situated individuals,

                    Plaintiffs,

             -against-

TRI CONTRACTING, INC., TRIDENT
RESTORATION, INC., UKROP, INC., FINE
RENOVATION, INC., REVIVE RESTORATION,
INC., SWIFT ASSIST, INC., PG1
CONSTRUCTION, INC., CROWN
RESTORATION, INC., CVP CONSTRUCTION
CORP., RSO MANAGEMENT, INC., 558 MAIN
STREET, LLC, 115 ABEEL STREET, LLC, 2165
23RD STREET LLC, TRI BUILDERS, INC.,
TRIDENT RENOVATION & ASSOCIATES,
INC., TRIDENT MGMT RE LLC, 64-66
CATHERINE STREET CORP., STEFAN
BOHDANOWYCZ, PETER GOIAN, and
VLADIMER DOBRONRAVOV,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/1/2025__

25 Civ. 8896 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     By letter dated November 28, 2025, Defendants request an extension of time for all Defendants to respond to the complaint. *See* ECF No. 10. Defendants state that "one of the Defendants was served on or about November 7, 2025." *Id.* Because the time for Defendants to respond to the complaint begins "21 days after being served with the summons and complaint," Fed. R. Civ. P. 12(a), the Court must determine when Defendants were served before evaluating the requested extension of time.

     Under Federal Rule of Civil Procedure 4(l), "[u]nless service is waived, proof of service must be made to the [C]ourt." Fed. R. Civ. P. 4(l). However, "[f]ailure to prove service does not affect the validity of service. The [C]ourt may permit proof of service to be amended." *Id.* Plaintiffs have not yet filed an affidavit of service or otherwise proved service with regard to any Defendant.

Accordingly, if Plaintiffs have served any Defendant, they shall file proof of such service by **December 5, 2025**.  The Court will then address any requests for extensions on the deadlines for Defendants to answer or otherwise respond to the complaint.

SO ORDERED.

Dated: December 1, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge

2