UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM JORGE, FRANCISCO GOMEZ, and
MARCOS SILVA on behalf of themselves and
other similarly situated individuals,

                          Plaintiffs,

            -against-

TRI CONTRACTING, INC., TRIDENT
RESTORATION, INC., UKROP, INC., FINE
RENOVATION, INC., REVIVE RESTORATION,
INC., SWIFT ASSIST, INC., PG1
CONSTRUCTION, INC., CROWN
RESTORATION, INC., CVP CONSTRUCTION
CORP., RSO MANAGEMENT, INC., 558 MAIN
STREET, LLC, 115 ABEEL STREET, LLC, 2165
23RD STREET LLC, TRI BUILDERS, INC.,
TRIDENT RENOVATION & ASSOCIATES,
INC., TRIDENT MGMT RE LLC, 64-66
CATHERINE STREET CORP., STEFAN
BOHDANOWYCZ, PETER GOIAN, and
VLADIMER DOBRONRAVOV,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/9/2026

25 Civ. 8896 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated March 9, 2026, the Court adjourned the deadline for the parties to submit a joint letter, jointly proposed case management plan, and, if all parties consented to conduct all further proceedings before the Honorable Sarah Netburn, a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to March 29, 2026. ECF No. 23.

The submission is overdue. However, because the parties' first mediation conference is scheduled for April 23, 2026, the deadlines set in the March 9, 2026 order are ADJOURNED *sine die*. The parties shall submit a status update within **one week** of the end of mediation.

SO ORDERED.

Dated: April 9, 2026
       New York, New York

ANALISA TORRES
United States District Judge